## Gibson et al., Appellants, v. Hoffman et al., Trustees.

Argued December 1, 1932. Before Frazer, C. J., Simpson, Kephart, Schaffer, Maxey, Drew and Linn, JJ.

54

56

58

*Charles J. Biddle,* of *Drinker, Biddle and Reath,* with him *Philip Wallis,* for appellants.

*Robert T. McCracken,* with him *Lawrence M. C. Smith* and *George V. Strong,* for appellees.

PER CURIAM, January 3, 1933:
The judgment is affirmed on the opinion of the learned trial judge of the court below.